

# Fourth Court of Appeals
## San Antonio, Texas

October 1, 2014

No. 04-14-00507-CR

**IN RE** Susan **REED**

Original Mandamus Proceeding[1]

**ORDER**

On July 22, 2014, relator Susan D. Reed filed a petition for a writ of mandamus. The court has considered relator's petition and the response filed on behalf of the respondent, and has determined that relator is entitled to mandamus relief. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Michael LaHood is ORDERED to vacate the March 11, 2014 and May 22, 2014 orders transferring venue in the underlying criminal proceedings to Medina County. The writ will issue only if we are advised the trial court has failed to comply within ten days from the date of this court's order.

It is so **ORDERED** on October 1, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of October, 2014.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause Nos. 413040; 413041; 413042, styled *The State of Texas v. Ricardo Garza*, pending in the County Court at Law No. 15, Bexar County, Texas, the Honorable Michael La Hood presiding.